UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH HANKINS, | No.  2:24-cv-0150 TLN SCR P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On screening the complaint, this court found plaintiff stated a potentially cognizable Fourteenth Amendment claim against defendant Williams but stated no other claims.  (Nov. 5, 2024 Order, ECF No. 11.)  Plaintiff was given the option of proceeding immediately on his claim found cognizable or amending the complaint.  Plaintiff was ordered to notify the court within thirty days of his choice.  Plaintiff was warned that his failure to comply with the November 5 order would result in a recommendation that this action be dismissed.

Thirty days have passed and plaintiff has not filed the required notice or otherwise responded to the court's November 5 order.  Accordingly, this court will recommend this action be dismissed without prejudice for plaintiff's failure to comply with court orders.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

////

1

1       For the foregoing reasons, IT IS HEREBY RECOMMENDED that this case be dismissed
2 without prejudice.
3       These findings and recommendations will be submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days
5 after being served with these findings and recommendations, plaintiff may file written objections
6 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
7 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
8 time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951
9 F.2d 1153 (9th Cir. 1991).

DATED: December 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE