UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH HANKINS, | No. 2:24-cv-0150 TLN SCR P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se in an action brought under 42 U.S.C. § 1983. In an order filed November 5, 2024, the court granted plaintiff's motion to proceed in forma pauperis and found plaintiff stated a potentially cognizable claim against defendant Williams (ECF No. 11.) Having found plaintiff stated no other cognizable claims under § 1983, the court ordered plaintiff to respond within 30 days whether he wished to proceed immediately on his claim against Williams or file an amended complaint. (<u>Id.</u>)

When plaintiff did not timely respond to the court's November 5 order, the court recommended this case be dismissed without prejudice for plaintiff's failure to comply with court orders. (Dec. 20, 2024 Findings and Recos.; ECF No. 12.) On December 20, 2024, plaintiff filed a notice indicating he wants to amend the complaint. (ECF No. 13.) In a subsequent filing, which the court construes as a timely objection, plaintiff explains that he was not aware of the section of the order "asking if I wanted to amend the claim or just keep it the same." (ECF No. 15.) Plaintiff has shown good cause for his delay and will be permitted to proceed with this case.

      Finally, Plaintiff filed his first amended complaint on January 16, 2025. (ECF No. 16.) Plaintiff did not sign the first amended complaint itself, but did sign the attached notice indicating his election to amend the complaint. Given plaintiff's pro se status, this suffices to comply with the requirement of Federal Rule of Civil Procedure 11(a) that every pleading be signed "by a party personally if the party is unrepresented."

      Accordingly, IT IS HEREBY ORDERED that the findings and recommendations (ECF No. 12) be vacated.

      The court will consider plaintiff's motion to appoint counsel (ECF No. 14) and screen plaintiff's first amended complaint (ECF No. 16) in due course.

DATED: January 22, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2