1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEREMIAH HANKINS,                           No.  2:24-cv-0150 TLN SCR P

12                    Plaintiff,

13            v.                                   ORDER

14    SACRAMENTO COUNTY, et al.,

15                    Defendants.

16

17          Plaintiff is a civil detainee proceeding pro se and in forma pauperis with a civil rights

18    action under 42 U.S.C. § 1983.  By order filed April 17, 2025, plaintiff's first amended complaint

19    was screened and he was given the option of filing a second amended complaint or proceeding

20    immediately on cognizable claims only.  (ECF No. 19.)  Plaintiff has now notified the court that

21    he would like to file an amended complaint.  (ECF No. 20.)

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.  Plaintiff shall have thirty days from the service of this order to file an amended

24    complaint as outlined in the screening order dated April 17, 2025.  (ECF No. 19.)  If plaintiff fails

25    to file an amended complaint, the case will proceed on the first amended complaint, as screened,

26    and it will be recommended that plaintiff's First Amendment mail access and state law claims, as

27    well as defendants Sacramento County, John Doe JPS supervisor, John Doe mailroom supervisor,

28    and mailroom deputies John Does 1-10, be dismissed without prejudice.

                                                1

1       2.  The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint

2 form used in this district.

3 DATED: May 2, 2025

4

5 SEAN C. RIORDAN
  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28