UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH HANKINS, | No. 2:24-cv-00150 TLN SCR P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. By order filed August 20, 2025, plaintiff's second amended complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. (ECF No. 23.) Plaintiff has now notified the court that he would like to amend the complaint. (ECF No. 24.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have sixty days from the service of this order to file an amended complaint as outlined in the screening order dated August 20, 2025. If plaintiff fails to file an amended complaint, the case will proceed on the second amended complaint, as screened, and it will be recommended that plaintiff's First Amendment legal mail/court access and state law claims, as well as defendants Delgado, Roof, John Does 1-10, and Hancock, be dismissed without prejudice.

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: September 9, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE